**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2604**

———————

LAUNEIL SANDERS,

                                        Plaintiff - Appellant,

DOROTHY LOVE VESTAL SANDERS; JANNETH SANDERS;
NATALIE CAROLINE SANDERS; AARON NEIL SANDERS,

                                                  Plaintiffs,

        versus

WILLIAM CLINTON, United States President;
ORRIN HATCH, United States Senate Judiciary
Chairman; JAMES HUNT, North Carolina Governor;
DIRECTOR OF NORTH CAROLINA HUMAN SERVICES;
TIMOTHY PATTI; CATHERINE STEVENS; JAMES
CARPENTER; WILLIAM VARLEY,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge. (CA-95-2184-6-20AK)

———————

Submitted:  December 14, 1995      Decided:  March 19, 1996

———————

Before WIDENER, ERVIN, and WILKINS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Launeil Sanders, Appellant Pro Se.  Jacob Leonard Safron, Special Deputy Attorney General, Virginia Anne Gibbons, Assistant Attorney General, Elizabeth Lerch Oxley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Tracy Lynn Eggleston, COZEN & O'CONNOR, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sanders v. Clinton, No. CA-95-2184-6-20AK (D.S.C. Aug. 15, 1995). We deny Appellant's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED